# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL SIMPSON,<br><br>    Plaintiff,<br><br>  v.<br><br>JON DEMORALES, Executive Director,<br><br>    Defendant. | Case No. CV 08-5475-SGL (JTL)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that judgment be entered dismissing the First Amended Complaint and dismissing this action without prejudice.

DATED: 2-10-09

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE