# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL SIMPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JON DEMORALES, Executive Director,<br><br>　　　　Defendant. | Case No. CV 08-5475-SGL (JTL)<br><br>**JUDGMENT** |

　　　　In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

　　　　IT IS HEREBY ADJUDGED that the First Amended Complaint in this action is dismissed and that this action is dismissed without prejudice.

DATED: 2-10-09

　　　　　　　　　　　　　　　　　　　　/s/ Stephen G. Larson
　　　　　　　　　　　　　　　　　　　　STEPHEN G. LARSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE